■ JOHN GARRAMONE, Respondent, v CITY OF NEW YORK, Appellant. [669 NYS2d 1017] —Appeal by the defendant from an

order of the Supreme Court, Queens County (Polizzi, J.), dated February 6, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Polizzi at the Supreme Court. Rosenblatt, J. P., Ritter, Copertino and Goldstein, JJ., concur.